Exhibit 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-457-774

**Effective Date of Registration:**
May 14, 2025
**Registration Decision Date:**
August 14, 2025

## Title

**Title of Work:** Rainbow Egg Layers

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** February 03, 2021
**Nation of 1st Publication:** United Kingdom

## Author

• **Author:** Rebekah Leigh Marshall
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Rebekah Leigh Marshall
Barton Cottage Thurloxton, Taunton, TA2 8RH, United Kingdom

## Rights and Permissions

**Name:** Rebekah Leigh Marshall
**Email:** rebekah-leigh@hotmail.co.uk
**Address:** Barton Cottage Thurloxton
Taunton TA2 8RH United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 14, 2025
**Applicant's Tracking Number:** RM2025051302

# Rainbow Egg Layers



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-453-778**

**Effective Date of Registration:**
May 14, 2025
**Registration Decision Date:**
July 23, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Grow Good Things |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | April 21, 2022 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Rebekah Leigh Marshall |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Rebekah Leigh Marshall |
| | Barton Cottage Thurloxton, Taunton, TA2 8RH, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Rebekah Leigh Marshall |
| **Email:** | rebekah-leigh@hotmail.co.uk |
| **Address:** | Barton Cottage Thurloxton |
| | Taunton TA2 8RH United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 14, 2025 |
| **Applicant's Tracking Number:** | RM2025051301 |

Page 1 of 2



# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-459-622**
**Effective Date of Registration:**
May 14, 2025
**Registration Decision Date:**
August 27, 2025

## Title

**Title of Work:** The Chicken Alphabet

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** August 04, 2020
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Rebekah Leigh Marshall
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Rebekah Leigh Marshall
Barton Cottage Thurloxton, Taunton, TA2 8RH, United Kingdom

## Rights and Permissions

**Name:** Rebekah Leigh Marshall
**Email:** rebekah-leigh@hotmail.co.uk
**Address:** Barton Cottage Thurloxton
Taunton TA2 8RH United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 14, 2025
**Applicant's Tracking Number:** RM2025051303

# The Chicken Alphabet



Araucana  Barnevelder  Cornish  Dominique  Easter Egger

Faverolles  Golden Laced Wyandotte  Houdan  Ixworth  Jersey Giant

Kraienkoppe  Legbar  Minorca  Nankin  Onagadori

Polish Crested  Queen Silvias  Rhode Island White  Silkie  Tournaisis

Ukrainian  Vorwerk  Watermael  eX Commercial  Yokohama  Zottegem Campine