**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

REBEKAH LEIGH MARSHALL,

      Plaintiff,                            Case No.: 1:26-cv-00836

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | TangYinXianZhongXinQiCheZuLinFuWu |
| 2 | wudalianchiwanhaopaimai |
| 3 | ywyxgs |
| 4 | ShengZeJianZhu |
| 5 | 厨餐宇餐具店 |
| 6 | HuHeHaoTeShiQianMiaoYingShangMaoYouXianZeRenGongS |
| 7 | 小原子精品 |
| 8 | SuLianShangMao126 |
| 9 | ffuzh |
| 10 | ChiZhouYuHongJianZhu |
| 11 | shandonglekejianzhuzhuangshigongchengyouxiangongsi |
| 12 | guangzhoutanfengshangmaoshanghang(gerenduzi) |
| 13 | DaFengXinXingJianCai |
| 14 | KaiWeiJianZhuGongChengChang |
| 15 | hongfajiadian |
| 16 | DaoMingJianShenFuWu |
| 17 | HeNanJiuQuanLeShangMao |
| 18 | ningboxinrongmaoyiyouxiangongsi |
| 19 | JJIWE |
| 20 | YangBorq |
| 21 | Bbiasn |
| 22 | zhongshanshiyingxindadengshiy |
| 23 | heyuanzhangmaifuzhuang |
| 24 | xiune |
| 25 | 乐玩童品铺 |

| 26 | LONAZ |
| 27 | zjinxs |
| 28 | qinyuanfuzhuang |
| 29 | LanLiXiaHongTing |
| 30 | difeijiashengtaihuanjingkeji |
| 31 | 杯架数显 |
| 32 | GuangShuiShiLiZhuiLangShangMaoYouXianGongSi |
| 33 | eurn |
| 34 | Shu Mai Shang Mao |
| 35 | XingWangMiaoMu |
| 36 | jiannmn |
| 37 | yiyangshiheshanquliqueshangmaodian(gerenduzi) |
| 38 | 手腕护具电品 |
| 39 | ddefs |
| 40 | iChen2025 |
| 41 | FIYY |
| 42 | LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi |
| 43 | yingshangxianpanshishangmaoyouxiangongsi |
| 44 | guangzhouheluobaihuoshanghanggerenduzi |
| 45 | weicairong123 |
| 46 | HuoZhiChen |
| 47 | JiaQiLi |
| 48 | LJBHAIBAO |
| 49 | linyixianhaoyuanjiajianzhuanzhuangyouxiangongsi |
| 50 | huairenshishanquyangzhinongchang |
| 51 | neimengguguochangwenhuakejiyouxiangongsi |
| 52 | shandonglieweijiaoyuzixunyouxiangongsi |
| 53 | guangzhouyuhuifuzhuangyouxiangong |
| 54 | jinchengshihongyuanjienenghuanbaokejiyouxiangongsi |
| 55 | KinTian |
| 56 | guangzhoufanmingfuzhuangyouxiangongsi |
| 57 | JiNingNuoChengShangMaoYouXianGongSi |
| 58 | guangzhoujianzhongshangbaihuoyouxiangongsi |
| 59 | ruijinshikaihonggongchengjixiezulinyouxianzerengongsi |
| 60 | guangzhouyangyulangmaoyiyouxiangongsi |
| 61 | changshashikaifuquhujiajiushangmaoyouxiangongsi |
| 62 | YangZiXuan2025 |
| 63 | xiaoweiss |
| 64 | Zhuoshu Trading |
| 65 | Gengxiaolong |
| 66 | weiminghuanbaofuwu |

| 67 | yongchengshishenghuijianzhu |
| 68 | shenzhenshidepuhuikejiyou |
| 69 | guangzhouchenhuijimaoyiyouxiangongsi |
| 70 | zhaoyy |
| 71 | ChangShaJuBaiYeMaoYiYouXianGongSi |
| 72 | owle dinner |
| 73 | 室厨垫品 |
| 74 | ZhuZhouYangMianShangMaoYouXianGongSi |
| 75 | zzfgn |
| 76 | WangBin75 |
| 77 | ZhuZhouHuanMiaoShangMaoYouXianGongSi |
| 78 | HengYangXianZhaoWanShangMaoYouXianGong |
| 79 | puyangshihaihuilvxingshe |
| 80 | ChenMei46 |
| 81 | huxinxin Store |
| 82 | zhijiangshibianduicuishangmaoxing11 |
| 83 | minjjsin |
| 84 | aigjinu |
| 85 | 金华市淑徽服饰有限公司 |
| 86 | ShiChiSiWenSanaoYuXiaGongSi |
| 87 | ChenHongZhuangShiGongCheng |
| 88 | nanfuwangluokeji |
| 89 | 义乌市腾劭商贸有限公司 |
| 90 | LianGuangWuZiXiaoShou |
| 91 | ddaz、 |
| 92 | 车贤饰内店 |
| 93 | QuJingXuLiaoShangMao |
| 94 | Tie Fa Shi Ye |
| 95 | suzhoushifuyuecaifangzhi |
| 96 | HeFeiLeiXiangShangMaoYouXianGongSi |
| 97 | ZhuZhouLeiLiHuaMaoYiYouXianGongSi |
| 98 | changshajiakekejiyouxiangongsi |
| 99 | 淮音商贸行 |
| 100 | LiQiXia55 |
| 101 | 衡阳茜勿商贸有限公司 |
| 102 | anhuifuyueshangmaoyouxia |
| 103 | jinhuashimiaobafushiyouxiangongsi |
| 104 | Nokopwiuv |
| 105 | huangxianxiangtt |

| 106 | Maaticineen |
| 107 | GGUUOO |
| 108 | HTD Group |
| 109 | xmains |
| 110 | jinyuankeji |
| 111 | DHFEF |
| 112 | hefeiwuxuekeji |
| 113 | yangbailiangshangmao |